UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.  25-CR-205-HKS-JLS

LAWRENCE COLBERT, et al.,

Defendants

### SPEEDY TRIAL ORDER
(10/22/25 – 10/27/25)

On October 17, 2025, the parties appeared before the Court for a status conference regarding defendant Lawrence Colbert's efforts to retain counsel and the government's pending detention motion. Assistant United States Attorney Casey L. Chalbeck appeared on behalf of the government; the defendant appeared with Assistant Federal Defender Frank Passafiume, who represented the defendant during the status conference.

Because the defendant has not yet retained counsel, he requested that the Court adjourn his detention hearing until October 27, 2025. The defendant agreed that the time would be used to find counsel of his choosing and prepare for the hearing.

Based on the defendant's representations, the Court scheduled the detention hearing for October 27, 2025, at 10:30 a.m. With the defendant's consent, the Court further excluded the time in this action from and including October 22, 2025, to and including October 27, 2025, as being in the interest of justice and not contrary to the interests of the public and the defendant in a speedy trial pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). Additionally, because the government moved for detention and said

motion remains pending, time is also excluded from the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(1)(D).

Specifically, and for the reasons set forth above, the Court determines that the public's interest in in a speedy trial is outweighed by the defendant's interest in finding counsel of his choosing to represent him in this matter and otherwise preparing for the detention hearing. Additionally, enabling the defendant to vindicate his constitutional right in counsel of his choosing and providing the defendant with effective assistance of counsel outweighs the public's interest in a speedy trial. Furthermore, pursuant to Title 18, United States Code, Section 3161(h)(1)(D), the Court determines that time is also excluded because the government made a motion for detention, which remains pending.

**NOW**, it is hereby

**ORDERED**, for the reasons set forth above, that the detention hearing is adjourned until October 27, 2025; and it is further

**ORDERED** that the time in this action from and including October 22, 2025, to and including October 27, 2025, is properly excluded from the time within which trial must commence, in accordance with the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(1)(D), 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

The Court further finds that, as of October 27, 2025, zero (0) days of Speedy Trial Act time will have elapsed in this action and 70 days remain in the period within which trial must commence.

DATED: Buffalo, New York, October  22 , 2025.

*H. Kenneth Schroeder, Jr.*
_____
HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge