AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
## for the
### Western District of New York

United States of America

v.

**LAWRENCE COLBERT**

*Defendant*

Case No. 25-CR-

**25CR205**

*[FILED NOV 20 2025 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **LAWRENCE COLBERT**, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

**LAWRENCE COLBERT** violated Title 18, United States Code, Sections 2, 924(c)(1)(A)(ii), 1591, 1594(c), 1951, 2252A, and 2242(b).

Date: **OCT 14 2025**

_____
*Issuing officer's signature*

City and State:  Buffalo, New York

MARY C. LOEWENGUTH
CLERK OF THE COURT
*Printed name and Title*

| Return | |
|---|---|
| This warrant was received on *(date)* 10/14/2025, and the person was arrested on *(date)* 10/17/2025, at *(city and state)* Buffalo, NY. | |
| Date: 10/22/2025 | Executing ~~Arresting~~ officer's signature<br>David Starke, Inv. Analyst<br>*Printed name and title* |